### CANTON STAMPING & ENAMELING CO v ELES

Ohio Supreme Court
No. 22647. Decided June 3, 1931

Marshall, CJ., Day, Allen and Robinson, JJ, concur. Jones and Matthias, JJ, dissent.

Full opinion will be published later. Watch **Omnibus Index.**